AO91 (Rev. 12/03) Criminal Complaint    *Felony*    AUSA

# UNITED STATES DISTRICT COURT

United States District Court
Southern District of Texas
FILED
MAY 16 2013
David J. Bradley, Clerk of Court

Southern District Of Texas Brownsville Division

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL COMPLAINT |
| vs. | |
| Jimmy Stanley BRIZUELA | Case Number: B-13- 490-mJ |
| A041 348 498  El Salvador | |
| AKA Jimmy BRIZUELA | |

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about __May 14, 2013__ in __Cameron__ County, in the __Southern District Of Texas__ defendant(s)

an alien who had previously been denied admission, excluded, deported, or removed, knowingly and unlawfully was present in the United States having been found Cameron County, Texas, the said defendant having not obtained the consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission into the United States,

in violation of Title __8__ United States Code, Section(s) __1326(a)(1)/(b)(1)__

I further state that I am a(n) __Border Patrol Agent__ and that this complaint is based on the following facts:

The defendant was encountered by Border Patrol Agents conducting Linewatch operations near Brownsville, Texas on May 14, 2013. The defendant is a citizen and national of El Salvador who was previously deported, excluded or removed from the United States on April 5, 2013. The defendant was convicted of Burglary on June 28, 1999. Record checks revealed that the defendant has not applied for permission from the proper Authorities to re-enter the United States.

Continued on the attached sheet and made a part of this complaint: ☐ Yes  ☒ No

/S/ Pena, Gilberto Border Patrol Agent
Signature of Complainant

Pena, Gilberto    Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

May 16, 2013                                         at    Brownsville, Texas
Date                                                        City/State

Ronald Morgan        U.S. Magistrate Judge         /S/
Name of Judge        Title of Judge                Signature of Judge