UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE, TEXAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § § | CRIMINAL NO. 1:13-CR-0476 |
| JIMMY STANLEY BRIZUELA | § § | |

MOTION TO PRODUCE EXCULPATORY AND MITIGATING EVIDENCE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Defendant, JIMMY STANLEY BRIZUELA, by and through his undersigned counsel, and moves this Court for an order pursuant to Brady vs. Maryland, 373 U.S. 83 (1963) and its prodigy, and Defendant's rights to due process and compulsory process under the Fifth Amendment to the United States Constitution and Defendant's rights to effective assistance of counsel under the 6th Amendment to the United States Constitution, to direct the Government to disclose to the Defendant and his attorney any exculpatory and/or mitigating evidence and/or facts within the possession, custody, or control of the United States Attorney or any of his/her agents, including any statements exculpatory as to the Defendant which may have been made by any person to any one or more law enforcement agencies, or any statements made by any indicted or unindicted alleged co-conspirator, if any, regarding this cause and this Defendant.

WHEREFORE, PREMISES CONSIDERED, the Defendant respectfully prays that this Honorable Court order the Government to produce any exculpatory and/or

mitigating material evidence that is in the possession or control of the government or agents.

                Respectfully submitted,

                By: /s/ Omar W. Rosales
                OMAR W. ROSALES
                STATE BAR No. 24053450
                FEDERAL ID.  No. 69067
                ATTORNEY FOR DEFENDANT

                THE ROSALE LAW FIRM, LLC
                WWW.OWROSALES.COM
                402 South F St
                Harlingen, TX 78550
                Tel. (956) 423-1417
                Fax (956) 444-0217

CERTIFICATE OF SERVICE

    I, Omar W. Rosales , do hereby, certify that on JUNE 19, 2013 a true and correct copy of the above and foregoing MOTION TO PRODUCE EXCULPATORY AND MITIGATING EVIDENCE was sent via E-FILE/DCECF to the United States Attorney's Office, at 600 E. Harrison St., Brownsville, Cameron County, Texas.

              /s/ Omar W. Rosales
              OMAR W. ROSALES